No. 1,810.—STATE ex rel. COLLINS, Relator, *v.* DIS-TRICT COURT OF THE SECOND JUDICIAL DISTRICT et al., Respondents.

Writ of supervisory control.

Decided April 11, 1902.

Per Curiam.—Relator's application for a writ of supervisory control herein is denied.

*Mr. S. C. Herron,* and *Mr. Charles E. Sackett,* for Relator.

---

No. 1,473.—BOOTH, Respondent, *v.* McGOVERN et al., Appellants.

*Appeal from District Court, Silver Bow County.*

On motion to dismiss appeal.

Decided April 15, 1902.

Per Curiam.—The motion to dismiss the appeal herein is hereby sustained and the appeal is dismissed.

*Mr. William E. Carroll,* for Appellants.

*Messrs. Forbis & Mattison,* for Respondent.